HON. BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

    Plaintiff,

v.

THE TRUSS COMPANY & BUILDING SUPPLY LLC,

    Defendant.

Case No. 2:23-cv-01371-BJR

ORDER GRANTING JOINT MOTION TO EXTEND THE CASE SCHEDULE

::

The Court finds that good cause exists to extend the case schedule and hereby grants Plaintiff Puget Soundkeeper Alliance's and Defendant The Truss Company and Building Supply L.L.C.'s Joint Motion to Extend the Case Schedule.

The new schedule is as follows:

|  | Current Deadline | New Deadline |
| --- | --- | --- |
| Reports from expert witness under FRCP 26(a)(2) | August 5, 2024 | February 5, 2025 |
| Discovery completed by | September 4, 2024 | March 4, 2025 |

ORDER GRANTING JOINT MOTION TO
EXTEND THE CASE SCHEDULE- 1

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

| | | |
|---|---|---|
| All dispositive motions must be filed by | October 4, 2024 | April 4, 2025 |
| All motions *in limine* must be filed by | January 27, 2025 | August 18, 2025 |
| Joint Pretrial Statement | February 3, 2025 | August 25, 2025 |
| Pretrial conference | February 18, 2025 | September 8, 2025 |
| Five Day Bench Trial | March 3, 2025 | September 22, 2025 |

DATED this 25th day of July 2024

*[signature]*

HON. BARABARA J. ROTHSTEIN
U.S. DISTRICT JUDGE

Presented by:

SMITH & LOWNEY, PLLC

By: s/Marc Zemel
Marc Zemel, WSBA No. 44325
Attorney for Plaintiff Puget Soundkeeper Alliance


HILLIS CLARK MARTIN & PETERSON P.S.

By: s/Matthew Stock
Matthew Stock, WSBA No. 40223
Attorney for Defendant Truss Company and Building Supply L.L.C.